07-20592.ord

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-20592-CIV-COOKE-BROWN

ALMYR GUIMARAES,

       Plaintiff

v.

NATIONAL OPINION RESEARCH SERVICES, INC.,
a Florida corporation, DANIEL CLAPP, an individual,
and LUIS MONTENEGRO, an individual,

       Defendants.
_____/

## ORDER RE: PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR JOINDER

**THIS CAUSE** is before the Court on Plaintiff's Reply Memorandum in support of his Motion for Joinder (D.E. 22), filed June 21, 2007. The Court, having reviewed the Reply and the file finds, for the reasons set forth below, that it should be considered by this Court as an addendum to Plaintiff's Response to Defendants' Motion to Dismiss (D.E. 16).

Local Rule 7.1.C authorizes the timely filing of (1) an opposing memorandum of law and (2) a reply memorandum of law. Rule 7.1.C also provides that, "[n]o further or additional memoranda of law shall be filed without prior leave or court." S.D. Fla. L. R. 7.1.C. Plaintiff has repeatedly violated this rule and continues to file motions with this Court that are in the nature of a Response to Defendants' Motion to Dismiss. Plaintiff has now filed what amount to three separate Responses to Defendants' Motion to Dismiss. Local Rule 7.1.C permits parties opposing a motion to file one opposing memorandum within ten days after service of the motion, not three over the course of a month. S.D. Fla. L. R. 7.1.C.

Plaintiff's status as a *pro se* litigant does not excuse him from conforming to Local Rules or the Federal Rules of Civil Procedure. See, e.g., Loren v. Sasser, 309 F. 3d 1296, 1304 (11th Cir. 2002) ("Despite construction leniency afforded to *pro se* litigants, we nevertheless have required them to conform to procedural rules."); Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989) (a *pro se* litigant "is subject to the relevant law and rules of court including the Federal Rules of Civil Procedure"). Henceforth, documents filed by Plaintiff in violation of Rule 7.1.C will be stricken.

Accordingly, and the Court being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Plaintiff's Reply (D.E. 22) is hereby considered by this Court as an addendum to Plaintiff's Response to Defendants' Motion to Dismiss (D.E. 16). Defendants have 10 days from the date of this order in which to file a Reply to Plaintiff's Response.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of July 2007.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:   Honorable Marcia G. Cooke
      Counsel of record